# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MAURICE BROOKS,**

    **Plaintiff,**

v.                                      Case No: 8:21-cv-2399-WFJ-AEP

**NAPHCARE,**
**RICK WELLS, and**
**MANATEE COUNTY JAIL,**

    **Defendants.**

_____/

## ORDER

On July 19 2022, Plaintiff Maurice Brooks's Amended Complaint filed under 42 U.S.C. § 1983 was dismissed without prejudice for failure to state a claim. (Doc. 7) Mr. Brooks was ordered that if he wished to pursue this action he must file a second amended complaint within thirty days. Mr. Brooks was also ordered to advise the Court of any change of address. He was cautioned that failure to comply would result in dismissal of this action. On August 1, 2022, that order was returned as undeliverable and marked "inmate no longer in facility." (Doc. 8)

The Court has waited an additional ten days after the deadline for filing a second amended complaint. As of the date of this order, Mr. Brooks has not filed a notice of change of address, a second amended complaint, or a motion seeking an extension of time to do so. Therefore, due to Mr. Brooks's lack of prosecution of this

matter, it is ordered that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

      **DONE and ORDERED** in Tampa, Florida on August 30, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party